UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>PIVOTAL PEPTIDES, LLC,<br><br>        Defendant. | Case No. 2:24-CV-01719<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT |

This matter having come before the Court upon defendant Pivotal Peptides, LLC's unopposed request for a 30-day extension of time to respond to plaintiff's Complaint, and the Court, having reviewed the Motion, and the pleadings and filings herein, and being fully informed, now rules as follows:

The motion is GRANTED. The new deadline for defendant to respond to plaintiff's Complaint is December 13, 2024.

SO ORDERED this 14th day of November, 2024.

*[signature: John C. Coughenour]*

THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT - 2:24-CV-01719

**Miller Nash LLP**
1140 SW Washington St, Ste 700
Portland OR 97205
503.224.5858 | Fax: 503.224.0155

1

Presented by:

MILLER NASH LLP

*/s/ John C. Clarke*
John.Clarke@MillerNash.com
503.205.2312
Elena Thompson, WSBA No. 59626
elena.thompson@millernash.com
206.777.7565

*Attorneys for Defendant Pivotal Peptides, LLC*

[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT - 2:24-CV-01719

**Miller Nash LLP**
1140 SW Washington St, Ste 700
Portland OR 97205
503.224.5858 | Fax: 503.224.0155

2

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington, that the foregoing document was presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 13th day of November, 2024.

/s/ John C. Clarke

4856-7431-9608.1