UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>PIVOTAL PEPTIDES, LLC,<br><br>  Defendant. | Case No. 2:24-CV-01719<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT |

This matter having come before the Court upon defendant Pivotal Peptides, LLC's third unopposed request for an extension of time of thirty-one days to respond to plaintiff's Complaint, and the Court, having reviewed the Motion, and the pleadings and filings herein, and being fully informed, now rules as follows:

The motion is GRANTED. The new deadline for defendant to respond to plaintiff's Complaint is February 13, 2025.

ENTERED this 14th day of January, 2025.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT - 2:24-CV-01719

**Miller Nash LLP**
1140 SW Washington St, Ste 700
Portland OR 97205
503.224.5858 | Fax: 503.224.0155

1

1
2  Presented by:
3  MILLER NASH LLP
4  */s/ Elena Thompson*
   John.Clarke@MillerNash.com
   503.205.2312
5  Elena Thompson, WSBA No. 59626
   elena.thompson@millernash.com
6  206.777.7565
7  *Attorneys for Defendant Pivotal Peptides, LLC*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER GRANTING DEFENDANT'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT - 2:24-CV-01719

**Miller Nash LLP**
1140 SW Washington St, Ste 700
Portland OR 97205
503.224.5858 | Fax: 503.224.0155

2

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington, that the foregoing document was presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 13th day of January, 2025.

/s/ Elena Thompson

4900-0464-6927.1