UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PIVOTAL PEPTIDES, LLC,<br><br>Defendant. | Case No. 2:24-CV-01719<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO CONDUCT RULE 26(F) CONFERENCE, EXCHANGE INITIAL DISCLOSURES, AND FILE A JOINT STATUS REPORT |

This matter having come before the Court upon the parties' Joint Motion for an Extension of Time to Conduct Rule 26(f) Conference, Exchange Initial Disclosures, and File a Joint Status Report (the "Motion"), and the Court, having reviewed the Motion, and the pleadings and filings herein, and being fully informed, now rules as follows:

The motion is GRANTED. The new deadlines are:

- Deadline to conduct the Rule 26(f) conference: February 20, 2025;
- Deadline to exchange initial disclosures: February 27, 2025; and
- Deadline to file joint status report: March 6, 2025.

ENTERED this 5th day of February, 2025.

*/s/ John C. Coughenour*

THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

1  Presented by:
   MILLER NASH LLP                              BALLARD SPAHR LLP
2
   */s/ Elena M. Thompson*                       */s/ Daniel R. Miller*
3  John C. Clarke, WSBA No. 61612                John S. Devlin III, WSBA No. 23988
   Elena M. Thompson, WSBA No. 59626             Daniel R. Miller, WSBA No. 56810
4  1140 SW Washington St., Ste 700               1420 Fifth Ave, Ste. 4200
   Portland, OR 97205                            P.O. Box 91302
5  Tel: 503.224.5858                             Seattle, WA 98111
   Fax: 503.224.0155                             Tel: (206) 223-7000
6  john.clarke@millernash.com                    Fax: (206) 223-7101
   elena.thompson@millernash.com                 devlinj@ballardspahr.com
7                                                millerd@ballardspahr.com

   *Attorneys for Defendant*
8  *Pivotal Peptides, LLC*                       KIRKLAND & ELLIS LLP

9                                                James F. Hurst, P.C.
                                                 (pro hac vice forthcoming)
10                                               Diana M. Watral, P.C.
                                                 (pro hac vice forthcoming)
11                                               Robin A. McCue
                                                 (pro hac vice forthcoming)
12                                               333 West Wolf Point Plaza
                                                 Chicago, IL 60654
13                                               Tel: (312) 862-2000
                                                 Fax: (312) 862-2200
14                                               James.hurst@kirkland.com
                                                 Diana.watral@kirkland.com
15                                               Robin.mccue@kirkland.com

16                                               Joshua L. Simmons, P.C.
                                                 (pro hac vice forthcoming)
17                                               Jeanna M. Macker, P.C.
                                                 (pro hac vice forthcoming)
18                                               601 Lexington Ave
                                                 New York, NY 10022
19                                               Tel: (212) 446-4800
                                                 Fax: (212) 446-4900
20                                               joshua.simmons@kirkland.com
                                                 jeanna.wacker@kirkland.com
21
                                                 Michael A. Glick
22                                               (pro hac vice forthcoming)
                                                 Ragan Naresh, P.C.
23                                               (pro hac vice forthcoming)
                                                 1301 Pennsylvania Ave, N.W.
24                                               Washington, D.C. 20004
                                                 Tel: (202) 389-5000
25                                               Michael.glick@kirkland.com
                                                 Ragan.nagash@kirkland.com
26
                                                 *Attorneys for Plaintiff Eli Lilly and Company*

[PROPOSED] ORDER GRANTING JOINT MOTION FOR
EXTENSION OF TIME - 2:24-CV-01719

**Miller Nash LLP**
1140 SW Washington St, Ste 700
Portland OR 97205
503.224.5858 | Fax: 503.224.0155

2

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington, that the foregoing document was presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 4th day of February, 2025.

*/s/ Elena M. Thompson*

4906-0304-8725.1