THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>               Plaintiff,<br><br>     v.<br><br>PIVOTAL PEPTIDES, LLC,<br><br>               Defendant. | CASE NO. C24-1719-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties inform the Court that they have agreed in principle to resolve the claims in this action and are in the process of finalizing a settlement agreement. (Dkt. No. 32.) Accordingly, all pending hearings and deadlines in this matter shall be VACATED. The parties are ORDERED to file a stipulation of dismissal within the next forty-five (45) days.

DATED this 17th day of March 2025.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Kathleen Albert<br>
Deputy Clerk