THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>                Plaintiff,<br><br>    v.<br><br>PIVOTAL PEPTIDES, LLC,<br><br>                Defendant. | CASE NO. C24-1719-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint request for an extension to finalize their settlement agreement and file a stipulation of dismissal (Dkt. No. 34). Finding good cause, the Court GRANTS the request. The parties are ORDERED to file a stipulation of dismissal on or before May 15, 2025.

DATED this 5th day of May 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk