THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELI LILLY AND COMPANY,

Plaintiff,

v.

PIVOTAL PEPTIDES, LLC,

Defendant.

CASE NO. C24-1719-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint request for an extension to finalize their settlement agreement and file a stipulation of dismissal (Dkt. No. 36). Finding good cause, the Court GRANTS the request. The parties are ORDERED to file a stipulation of dismissal on or before May 29, 2025.

DATED this 14th day of May 2025.

Ravi Subramanian
Clerk of Court

s/Kadya Peter
Deputy Clerk

MINUTE ORDER,
C24-1719-JCC
PAGE - 1