THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>PIVOTAL PEPTIDES, LLC,<br><br>　　　　　　　　Defendant. | CASE NO. 2:24-cv-1719-JCC<br><br>**STIPULATION AND [PROPOSED] ORDER TO APPROVE SETTLEMENT AGREEMENT AND DISMISSAL CONDITIONED UPON THE COURT'S RETENTION OF JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT** |

WHEREAS, Plaintiff Eli Lilly and Company ("Lilly") initiated this action on October 21, 2024, asserting claims for Unfair Business Practices pursuant to the Washington Consumer Protection Act, RCW § 19.86.010 et seq., and Unfair Competition pursuant to the Washington Consumer Protection Act, RCW § 19.86.010 et seq., based on Defendant Pivotal Peptides, LLC's ("Pivotal Peptides") sale of tirzepatide products without valid prescriptions from licensed medical professionals as well as its materially false and misleading statements regarding its research grade tirzepatide products' safety, quality, and regulatory status.

WHEREAS, Pivotal Peptides admits that (i) its tirzepatide products were never subject to any FDA or state approval, supervision, or inspection; (ii) selling tirzepatide products without a valid prescription from a licensed medical professional violates Washington's laws and public interests; (iii) selling research-grade tirzepatide to consumers as pharmaceutical grade violates

STIPULATION AND [PROPOSED] ORDER TO APPROVE
SETTLEMENT AGREEMENT AND DISMISSAL - 1
CASE NO. 2:24-CV-1719-JCC

**BALLARD SPAHR LLP**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1  Washington's laws and public interests; and (iv) selling research-grade tirzepatide or a tirzepatide
2  product without a valid prescription from a licensed medical professional endangers patient
3  safety.

4       WHEREAS, Pivotal Peptides will no longer sell or distribute tirzepatide products of any
5  kind, nor will it sell products involving semaglutide or retatrutide.

6       THEREFORE, based on the foregoing and in consideration of the settlement agreement
7  executed by the Parties, Plaintiff Lilly and Defendant Pivotal Peptides hereby STIPULATE that
8  all claims should be DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil
9  Procedure 41(a)(1)(A)(ii). The Parties agree to bear all costs as incurred.

10      The Parties agree, however, that such dismissal is conditioned upon the Court entering an
11 order retaining jurisdiction to enforce the terms of their Settlement Agreement. *See Kokkonen v.*
12 *Guardian Life Ins. of Am.*, 511 U.S. 375, 114 S. Ct. 1673 (1994); *K.C. ex rel. Erica C. v.*
13 *Torlakson*, 762 F.3d 963, 967 (9th Cir. 2014).

14      WHEREFORE, the Parties request that the Court enter an order approving the Parties'
15 Settlement Agreement by order of the Court and enter an order retaining jurisdiction over this
16 action, including to enforce the Parties' Settlement Agreement, prior to dismissing all claims
17 against Pivotal Peptides.

18      DATED: May 19, 2025

19 MILLER NASH LLP

BALLARD SPAHR LLP

20 *s/ John C. Clarke*
John C. Clarke, WSBA No. 61612
21 Elena M. Thompson, WSBA, No. 59626
1140 SW Washington Square, Suite 700
22 Portland, OR 97205
Tel: 503.224.5858
23 Fax: 503.224.0155
john.clarke@millernash.com
24 elena.thompson@millernash.com

*s/ John S. Devlin*
John S. Devlin III, WSBA No. 23988
1420 Fifth Avenue, Suite 4200
Seattle, WA 98111
Telephone: (206) 223-7000
devlinj@ballardspahr.com

KIRKLAND & ELLIS LLP

25 *Attorneys for Defendant Pivotal Peptides, LLC.*

Joshua L. Simmons (*pro hac vice*)
26 Jeanna M. Wacker (*pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
27 joshua.simmons@kirkland.com

STIPULATION AND [PROPOSED] ORDER TO APPROVE
SETTLEMENT AGREEMENT AND DISMISSAL - 2
CASE NO. 2:24-CV-1719-JCC

jeanna.wacker@kirkland.com

Diana M. Watral (*pro hac vice*)
James F. Hurst (*pro hac vice*)
Robin A. McCue (*pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
diana.watral@kirkland.com
james.hurst@kirkland.com
robin.mccue@kirkland.com

Michael A. Glick (*pro hac vice*)
Ragan Naresh (*pro hac vice*)
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
michael.glick@kirkland.com
ragan.naresh@kirkland.com

*Attorneys for Plaintiff, Eli Lilly and Company*

## **ORDER**

The Court, having reviewed the parties' Stipulation and [Proposed] Order to Approve Settlement Agreement and Dismissal Conditioned Upon the Court's Retention of Jurisdiction to Enforce the Settlement Agreement, and considering itself fully advised, hereby GRANTS the parties' Stipulation.

IT IS SO ORDERED.

DATED this 20th day of May 2025.

*[signature]*

THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER TO APPROVE
SETTLEMENT AGREEMENT AND DISMISSAL - 3
CASE NO. 2:24-CV-1719-JCC

**BALLARD SPAHR LLP**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107